UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| LISA MURPHY<br>ADC #760343 | PLAINTIFF |
| V.   No. 3:20CV00152-DPM-JTR | |
| STIEVE, Doctor,<br>Central Office, *et al.* | DEFENDANTS |

Order/Status Update or Info

## **ORDER**

Lisa Murphy's Motions for Status (*Docs. 6, 7 & 8*) are GRANTED. Her § 1983 Complaint and Application to Proceed *In Forma Pauperis* are currently under review by the Court. The Clerk is directed to send her a copy of the docket sheet.

Murphy's Motions to Strike (*Docs. 4 & 5)* her Motion to Dismiss Party (*Doc. 3)* are GRANTED. The Motion to Dismiss (*Doc. 3*) is DENIED as moot.

IT IS SO ORDERED this 15th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE