IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                           PLAINTIFF
#760343

v.                         No. 3:20-cv-152-DPM-JTR

STIEVE, Doctor,
Central Office, *et al.*                                             DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Murphy is a three-striker. *Doc. 10 at 3*. She hasn't paid the filing and administrative fees; and the time to do so has passed. *Ibid.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 March 2021