# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA MURPHY**  
**#760343**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 3:20-cv-152-DPM

**STIEVE, Doctor,**  
**Central Office,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

24 March 2021